GENERAL OUTDOOR ADVERTISING Co., INC., Respondent, v. THE DOVER MANUFACTURING COMPANY, Appellant, Impleaded with Another, Defendant.— Order so far as appealed from modified by further denying the motion as to items 6, 8, 10, 11, 12, 13, 14, 16 and 17, and by directing that the bill of particulars be served within twenty days after the examination of plaintiff before trial is concluded, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID ELKIN, Appellant, v. DAVID HOROWITZ and Others, Defendants, Impleaded with ABRAHAM WEISBEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOSES PRICE, Appellant, v. SIGMUND ROSENMAN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE LIEBSTEIN, Respondent, v. ABRAHAM M. LIEBSTEIN, Appellant.— Order modified by reducing alimony to the sum of seventy-five dollars per week to be paid to plaintiff for her support and for the support and maintenance of the issues of said marriage, Sidney Liebstein and Mildred Liebstein, and counsel fee to the sum of two hundred and fifty dollars, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IDA A. HUNT, Respondent, v. JAMES J. HUNT, Defendant. HERBERT G. McLEAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. . Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIUME WET WASH LAUNDRY, INC., Appellant, v. SALVATORE CHIARELLI, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK LUDEWIG and Others, Appellants, v. GEORGE B. WAITH and Another, Individually and as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAISON CLUNEY, INC., Appellant, v. BANKERS TRUST COMPANY, as Executor, etc., of EDGAR MILLS, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARIA NINFO and Another v. ALFRED MEYERS and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHE KUJAVA and Another v. 227 WEST 37TH STREET CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.